UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CARTEZ HOWARD,

Plaintiff,

v.

CITY OF DETROIT, et al.,

Defendants.
_________________________________/

Case No. 26-cv-10079
Honorable Linda V. Parker

**OPINION AND ORDER (1) ADOPTING MAGISTRATE JUDGE'S NOVEMBER 2, 2026 REPORT AND RECOMMENDATION (ECF NO. 34); (2) DISMISSING PLAINTIFF'S AMENDED COMPLAINT PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(b); AND (2) DENYING AS MOOT DEFENDANTS' MOTIONS TO DISMISS (ECF NOS. 16, 28)**

Plaintiff commenced this pro se prisoner civil rights action against Defendants on January 9, 2026. (ECF No. 1.) He filed an Amended Complaint on February 10, 2026. (ECF No. 4.) Defendants thereafter filed motions to dismiss. (ECF No. 16, 28.) The matter has been assigned to Magistrate Judge Curtis Ivy Jr. for all pretrial proceedings, including a hearing and determination of all non-dispositive matters pursuant to 28 U.S.C. § 636(b)(1)(A) and/or a report and recommendation on all dispositive matters pursuant to 28 U.S.C. § 636(b)(1)(B). (ECF No. 9.)

After Plaintiff filed this action, he was informed of his responsibility to notify the court of any address changes. (ECF No. 3.) Nevertheless, since at least

August 26, 2026, the orders served on Plaintiff have been returned as undeliverable. (*See, e.g.*, ECF Nos. 27, 31-32.) Since June 12, 2026, he has not otherwise contacted the Court or taken any action in the matter.

Thus, when Magistrate Judge Ivy issued an order requiring Plaintiff to respond to the most recently filed motion to dismiss, Magistrate Judge Ivy also required Plaintiff to show cause in writing as to why the action should not be dismissed for failure to prosecute under Federal Rule of Civil Procedure 41(b). (ECF No. 30.) The deadline for Plaintiff to respond was October 13, 2026. (*Id.*) On November 2, 2026, when Plaintiff failed to respond in any way or otherwise notify the court of a change in address, Magistrate Judge Ivy issued a Report and Recommendation (R&R) recommending dismissal of the action pursuant to Rule 41(b) and the denial of Defendants' motions as moot. (ECF No. 34.)

At the conclusion of the R&R, Magistrate Judge Ivy advises the parties that they may object to and seek review of the R&R within fourteen days of service upon them. (*Id*. at PageID. 137-38.) He further specifically advises the parties that "[f]ailure to file specific objections constitutes a waiver of any further right to appeal." (*Id*.) Neither party filed objections to the R&R.

The Court has carefully reviewed the R&R and concurs with the conclusions reached by Magistrate Judge Ivy. The Court therefore adopts the R&R.

Accordingly,

**IT IS ORDERED** that Plaintiff's Amended Complaint is **DISMISSED WITH PREJUDICE** pursuant to Federal Rule of Civil Procedure 41(b).

**IT IS FURTHER ORDERED** that Defendants' motions to dismiss (ECF Nos. 16, 28) are **DENIED AS MOOT**.

s/ Linda V. Parker
LINDA V. PARKER
U.S. DISTRICT JUDGE

Dated: November 19, 2026